IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40148
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN CARLOS GALICIA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-40-1
- - - - - - - - - -
August 23, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Juan
Carlos Galicia has filed a motion to withdraw as counsel and a
brief in accordance with Anders v. California, 386 U.S. 738
(1967).  Galicia filed a response which this court has
considered.  However, our independent review of the brief, the
record, and Galicia's response, discloses no nonfrivolous issue.
Accordingly, counsel's motion to withdraw is GRANTED, counsel is
excused from further responsibilities in this case, and the
APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.